IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>WILLIAMS MASONRY )<br>)<br>and )<br>)<br>THOMAS WILLIAMS, )<br>SOLE PROPRIETOR, )<br>)<br>Defendants. )<br>) | Civ. Action No. 03-1616 (RJL) |

**FILED**
NOV 8 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 4th day of November 2005, hereby

**ORDERED** that plaintiffs' Motion for Default Judgment [#6] is **GRANTED**; and it is further

**ORDERED** that damages should be paid to plaintiffs in the amount of $2,106.16 for delinquent contributions payable to IPF and IMI for work performed in Local 6 OH and OH; and it is further

**ORDERED** that damages should be paid to plaintiffs in the amount of $3,610.21 for interest payable on the delinquent contributions due the IPF and IMI, calculated from the due

Case 1:03-cv-01616-RJL   Document 8   Filed 11/08/05   Page 2 of 2

date at the rate of 15 percent per annum; and it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $3,610.21 for an additional computation of interest assessed on delinquent contributions due the IPF and IMI, calculated from the due date the rate of 15 percent per annum; and it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $467.87 for delinquent dues checkoff due the International Union of Bricklayers and Allied Craftworkers for the work performed in Local 35 PA; and it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $647.03 for interest assessed on delinquent dues checkoff at the rate of 15 percent per annum; and it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $150.00 for the U.S. District Court filing fee; and it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $187.07 for the service of process fee; and it is further

**ORDERED** that damages should be paid to the plaintiffs in the amount of $1,020.00 for attorney's fees.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge