IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN FLYNN, *et al.*, )
)
      **Plaintiffs,** )
)
v. )   Civ. Action No. 03-1616 (RJL)
)
WILLIAMS MASONRY, *et al.* )
)
      **Defendants.** )

## SUPPLEMENTAL FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 18th day of August 2006, hereby

**ORDERED** that [#9] Plaintiffs' Motion to Alter or Amend the Court's Judgment Granting Plaintiffs' Motion for Default Judgment is **GRANTED**; it is further

**ORDERED** that defendants William Masonry and Thomas Williams, Individually, Sole Proprietor (collectively, "defendants"), are directed to turn over to plaintiffs' auditor, within 60 days of the date of this Judgment, their books and records for the time period June 1996 through the present, including, but not limited to, payroll records and the general ledger(s); it is further

**ORDERED** that defendants are directed to pay such additional amounts as determined to be owed from the review of their books and records; it is further

**ORDERED** that defendants are directed to submit all monthly reports and contributions that may come due the plaintiffs subsequent to the filing of this Judgement; it is further

**ORDERED** that this Judgment is without prejudice to the right of plaintiffs to seek recovery of any past or future delinquencies, interest, damages, and reasonable attorney's fees and costs that may be owing to plaintiffs by defendants; it is further

**ORDERED** that defendants comply with their obligations to make timely and full contributions to the Bricklayers & Trowel Trades International Pension Fund and the International Masonry Institute, and comply with their obligations to make timely and full dues checkoff payments to the International Union of Bricklayers and Allied Craftworkers; it is further

**ORDERED** that the November 4, 2005 Final Judgment entered by the Court in this matter is AMENDED and SUPPLEMENTED to add the above relief; and it is further

**ORDERED** that the portion of the November 4, 2005 Final Judgment awarding plaintiffs $187.07 for reimbursement of their service of process fee is AMENDED to read $183.07.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge